FILED
United States Court of Appeals
Tenth Circuit

October 31, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

VIVOS THERAPEUTICS, INC.,

    Plaintiff - Appellee,

v.

ORTHO-TAIN, INC.,

    Defendant - Appellant.

No. 24-1061
(D.C. No. 1:20-CV-01634-WJM-JPO)
(D. Colo.)

_____

**ORDER**

_____

At the direction of the court, the parties are ordered to submit supplemental briefing on the following questions:

1. Whether *Will v. Hallock*, 546 U.S. 345 (2006), abrogated this court's analysis of collateral-order jurisdiction in *Robinson v. Volkswagenwerk AG*, 940 F.2d 1369 (10th Cir. 1991); and, if so, whether a dispute between private parties over the litigation privilege involves a "substantial public interest," *Will*, 546 U.S. at 353.

2. Whether Colorado's litigation privilege is an immunity from suit or a defense to liability.

The court recognizes it relied on *Robinson* to exercise jurisdiction in the previous appeal, No. 21-1309. But "the existence of unaddressed jurisdictional defects has no precedential effect." *Lewis v. Casey*, 518 U.S. 343, 352 n.2 (1996).

The parties must submit their respective supplemental briefs no later than November 21, 2024. These briefs must comply with Fed. R. App. P. 32(c)(2) and (g)(1) and may not exceed 5,000 words as calculated according to Fed. R. App. P. 32(f).

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk