# CASE NO. 24-1061

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

| | |
|---|---|
| ORTHO-TAIN, INC.,<br>a Puerto Rico corporation | )<br>)<br>) |
| Defendant – Appellant, | )<br>) |
| v. | )<br>) |
| VIVOS THERAPEUTICS, INC.,<br>a Delaware Corporation | )<br>)<br>) |
| Plaintiff – Appellee. | ) |

---

On Appeal from the United States District Court
For the District of Colorado
The Honorable Judge William J. Martinez
Civil Action No. 20-cv-01634-WJM-JPO

---

## PLAINTIFF-APPELLEE VIVOS THERAPEUTICS, INC.'S
## NOTICE OF WITHDRAWAL

Brenna Fisher of the law firm Snell & Wilmer L.L.P. hereby gives notice of

her withdrawal as counsel of record for Plaintiff-Appellee Vivos Therapeutics, Inc.

in the above-captioned matter.  Kevin G. Walton and Ellie Lockwood of Snell &

Wilmer L.L.P. remain as counsel for Plaintiff-Appellee.

Dated: April 24, 2025.

Respectfully submitted,

/s/Kevin Walton
Kevin G. Walton
Ellie Lockwood
SNELL & WILMER L.L.P.
675 15th Street
Suite 2500
Denver, Colorado 80202
Telephone:   303.634.2000
Facsimile:    303.634.2020
kwalton@swlaw.com
elockwood@swlaw.com

**Attorneys for Plaintiff-Appellee**

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, a true and correct copy of the foregoing **PLAINTIFF-APPELLEE VIVOS THERAPEUTICS, INC.'S NOTICE OF WITHDRAWAL** was transmitted to all counsel of record using the CM/ECF system.

*/s/Sandy Braverman*